Dorothy B. Miller, Plaintiff-Appellant, v. Board of Appeals of the City of Chicago, et al., Defendants-Appellees.

Gen. No. 48,272.

First District, Third Division.
September 27, 1961.
Rehearing denied October 23, 1961.

Sidney J. and Arthur Wolf, of Chicago, for appellant; John C. Melaniphy, Corporation Counsel of the City of Chicago, and Alvin Edelman and Louis Karton, of Chicago (Sydney R. Drebin and Harry M. Pollack, Assistant Corporation Counsel, and Julian J. Frazin, of Chicago, of counsel), for appellees. Opinion by MR. PRESIDING JUSTICE McCORMICK. **Not to be published in full.**